# UNITED STATES DISTRICT COURT

SOUTHERN　　　　DISTRICT OF　　　　CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

EDER PEDROTTI-JUAREZ,

      Defendant.

**APPEARANCE**

Case Number: 08MJ0776

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    EDER PEDROTTI-JUAREZ

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/12/2008 | /s/ SHAFFY MOEEL |
| Date | Signature |
| | Shaffy Moeel / Federal Defenders of SD　　238732 |
| | Print Name　　　　　　　　　　　　　　Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City　　　　　State　　　　　Zip Code |
| | (619) 234-8467　　　　(619) 687-2666 |
| | Phone Number　　　　　　　　　　Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: March 12, 2008                                        _____/s/  Shaffy Moeel_____
                                                             SHAFFY MOEEL
                                                             Federal Defenders of San Diego, Inc.
                                                             225 Broadway, Suite 900
                                                             San Diego, CA 92101-5030
                                                             (619) 234-8467  (tel)
                                                             (619) 687-2666  (fax)
                                                             e-mail: Shaffy_Moeel@fd.org