AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WAIVER OF INDICTMENT** |
| Eder Pedrotti-Juarez | CASE NUMBER: 08CR 1079-BEN |

I, Eder Pedrotti-Juarez, the above named defendant, who is accused of

8 USC § 1326 (Deported Alien Found in the United States)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **April 8, 2008** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judge

FILED
APR - 8 2008
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY (MB) DEPUTY

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd