# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

2008 JUN -6  AM 9:03

| UNITED STATES OF AMERICA, | CASE NO. 08CR1079-BEN |
|---|---|
| Plaintiff, | BY _____ KMK _____ DEPUTY |
| vs. | **JUDGMENT OF DISMISSAL** |
| EDER PEDROTTI-JUAREZ, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____  the Court has dismissed the case for unnecessary delay; or

_____  the Court has granted the motion of the Government for dismissal; or

_____  the Court has granted the motion of the defendant for a judgment of acquittal; or

_____  a jury has been waived, and the Court has found the defendant not guilty; or

_____  the jury has returned its verdict, finding the defendant not guilty;

_____  of the offense(s) of:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 5, 2008

_____
LEO S. PAPAS
UNITED STATES DISTRICT JUDGE

ENTERED ON ___June 5, 2008___