# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA    )    CASE NUMBER __08CR1079-BEN__

vs    )    ABSTRACT OF ORDER

)    Booking No. __07801298__

EDER PEDROTTI-JUAREZ    )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __6/5/8__

the Court entered the following order:

__X__ Defendant be released from custody. AS TO THIS CASE ONLY

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__X__ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. CHARGES PENDING IN 08 CR 1627-BTM

Leo S. Papas

UNITED STATES MAGISTRATE JUDGE

OR

Received_____    W. SAMUEL HAMRICK, JR.    Clerk
DUSM    by

Deputy Clerk

J. JARABEK

Crim-9    (Rev 6-95)    ✱ U.S. GPO: 1996-783-398/40151

CLERKS' COPY