UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUN -6 AM 9:03

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>EDER PEDROTTI-JUAREZ,<br><br>                  Defendant. | CASE NO. 08CR1079-BEN<br><br>BY _____ KNK _____ DEPUTY<br><br>JUDGMENT OF DISMISSAL |

FILED
JUN - 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KNK DEPUTY

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

___    of the offense(s) of:

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 5, 2008

                                      LEO S. PAPAS
                                      UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismiss ENTERED ON June 5, 2008
~~Judgement and Commitment~~ on 6/6/08

United States Marshal

By: _____
USMS Criminal Section